UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ELENA STRUJAN,                                                          :
                                                                        :
                                    Plaintiff,                          :
                                                                        :    19-MC-504 (JMF)
                 -v-                                                    :
                                                                        :    ORDER
DOLLAR TREE STORES, INC., et al.,                                       :
                                                                        :
                                    Defendants.                         :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       To the extent that Ms. Strujan requests any relief in her most recent filing, *see* ECF No. 18, her application is DENIED as frivolous. This case is closed, *see* ECF No. 13, and Ms. Strujan remains subject to the Bar Order.

       The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: March 3, 2020
       New York, New York                          JESSE M. FURMAN
                                               United States District Judge