UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ELENA STRUJAN, :
:
                            Plaintiff, :
: 19-MC-504 (JMF)
     -v- :
: ORDER
DOLLAR TREE STORES, INC., et al., :
:
                          Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 20, 2020, the Court ordered Ms. Strujan to show cause as to why she should not be barred from filing any further documents in this case. ECF No 24. On November 12, 2020, the Court received a declaration from Ms. Strujan. ECF No. 25. The submission is largely incomprehensible, but to the extent that Ms. Strujan makes any arguments as to why she should not be barred, the Court finds them to be insufficient.

      Accordingly, the Court hereby BARS Ms. Strujan from filing any further documents in this case. Effective immediately, the Clerk of Court is directed to discard all documents received from Ms. Strujan for filing in this case.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: November 16, 2020
       New York, New York
                                                        JESSE M. FURMAN
                                                United States District Judge